## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**Samuel Klein** individually
and all other similarly situated consumers,

        Plaintiff,

v.

    **Pressler & Pressler LLP,**

        Defendant.

_____/

**STIPULATION OF DISMISSAL**

Case No. 1:15-cv-03211-FB-RLM

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any.  Further, The Court shall retain jurisdiction to enforce compliance with any settlement reached.

Dated this 18th day of April 2016.

| | |
|---|---|
| /s/ David Palace | /s/ Michael J. Peters |
| David Palace, Esq. | Michael J. Peters, Esq. |
| Law Offices of David Palace | Pressler & Pressler, LLP |
| 383 Kingston Avenue, #113 | 7 Entin Road |
| Brooklyn, NY  11213 | Parsippany, NJ 07054 |
| Phone: (347) 651-1077 | Phone: (973) 753-5100 |
| Fax: (347) 464-0012 | Fax: (973) 753-5353 |
| Email: davidpalaceesq@gmail.com | Email: mpeters@pressler-pressler.com |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |